```
          IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF MARYLAND

In re:                          *

DENISE J. PARKER                *    CASE NO.: 09-2-5783-NVA
                                     (Chapter 13)
         Debtor                 *
*    *    *    *    *    *    *
DENISE J. PARKER                *

         Movant                 *

    v.                          *

HYUNDAI MOTOR FINANCE COMPANY   *

         Respondent             *
*    *    *    *    *    *    *    *    *    *    *    *    *
```

**OPPOSITION TO MOTION TO DETERMINE SECURED STATUS
PURSUANT TO 11 U.S.C. 506**

Hyundai Motor Finance Company, Respondent, by its attorney, Michael J. Klima, Jr., files its Opposition To Motion To Determine Secured Status Pursuant To 11 U.S.C. §506 and states as follows:

1.  Respondent admits the allegations contained in paragraph 1 of the Motion.

2.  Respondent admits the allegations contained in paragraph 2 of the Motion.

3.  Respondent admits the allegations contained in paragraph 3 of the Motion.

4. Respondent admits the allegations contained in paragraph 4 of the Motion.

5. Respondent admits the allegations contained in paragraph 5 of the Motion.

6. Respondent denies the allegations contained in paragraph 6 of the Motion. In further answering, Respondent submits the replacement value of the vehicle is approximately $11,000.00, as shown by the attached pages from the August 2009 edition of the N.A.D.A. Official Used Car Guide.

7. Respondent denies the allegations contained in paragraph 7 of the Motion.

WHEREFORE, Respondent, Hyundai Motor Finance Company, respectfully requests the Court deny the Motion To Determine Secured Status Pursuant to 11 U.S.C. §506.

/s/ Michael J. Klima, Jr.
MICHAEL J. KLIMA, JR. #25562
Suite 200, The Carroll Building
8600 LaSalle Road
Towson, MD 21286-2025
(410) 837-1140
Attorney for Hyundai Motor Finance Company
Attorney File No.: 09-13817

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of November, 2009, a copy of the foregoing Opposition To Motion To Determine Secured Status Pursuant to 11 U.S.C. 506 was mailed, by first class mail, postage prepaid to Adam M. Freiman, Esquire, Sirody, Freiman & Feldman, P.C., 1777 Reisterstown Road, Suite 360, Baltimore, MD 21208; and to Ellen W. Cosby, Chapter 13 Trustee, P.O. Box 20016, Baltimore, MD 21284-0016.

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.